# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

KANESHA MILES o/b/o S.A.M., a minor,

    Plaintiff,

vs.

CAROLYN W. COLVIN,
Acting Commissioner, Social Security
Administration,[1]

    Defendant.

Case No. 12CV-196-FHM

## JUDGMENT

Judgment is hereby entered for the Plaintiff and against Defendant.

DATED this 1st day of July, 2013.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE

---

[1] Effective February 14, 2013, pursuant to Fed. R. Civ. P. 25(d)(1), Carolyn W. Colvin Acting Commissioner of Social Security, is substituted as the defendant in this action. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).